IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF WEST VIRGINIA


MIKE SLEETH,

        Plaintiff,

v.                                    Civil Action No. 1:07CV176
                                                          (STAMP)
CONSOLIDATION COAL COMPANY,
a Delaware corporation,
CONSOL ENERGY, INC.,
a Pennsylvania corporation,
RAY LIEVING, individually,

        Defendants.


            **ORDER SCHEDULING PRETRIAL CONFERENCE AND TRIAL**

     On January 4, 2008, the above-styled civil action was transferred to the undersigned judge.  It is ORDERED that the scheduling order in this case, entered by United States Magistrate Judge Mary E. Stanley on December 27, 2007, shall remain unchanged, unless amended by subsequent order of this Court, with the following exceptions:

     (1)  The pretrial conference shall be held on **July 14, 2008 at 10:00 a.m. at the Wheeling, West Virginia point of holding court**.

     (2)  Jury selection in this action shall be held on **August 18, 2008 at 8:30 a.m. in the Bankruptcy Courtroom at 324 West Main Street at the Clarksburg, West Virginia point of holding court**.  Trial will commence upon the completion of jury selection and trial in any prior case scheduled for this date.  The case is presently the second case on the trial docket for that week.

     IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:    January 9, 2008

/s/ Frederick P. Stamp, Jr.
FREDERICK P. STAMP, JR.
UNITED STATES DISTRICT JUDGE